# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                                       6500 CHERRYWOOD LANE
**UNITED STATES DISTRICT JUDGE**                                                       GREENBELT, MARYLAND    20770
                                                                                                                       301-344-0052

## M E M O R A N D U M

TO:         Counsel of Record

FROM:   Judge Roger W. Titus

RE:         *Espinoza, et al. v. Nissan North America, Inc., et al.*
              Civil Action No. RWT-09-399

DATE:    March 15, 2009

* * * * * * * * *

To accommodate a change in the Court's calendar, the telephone conference previously scheduled for March 22, 2010 at 5:30 p.m. is **RESCHEDULED** to **9:30 a.m.** on the same day.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                                          /s/
                                                                          Roger W. Titus
                                                                  United States District Judge